| | |
|---|---|
| **Wiss & Bouregy, P.C.**<br>*Counsellors at Law* | **NEW JERSEY OFFICE**<br>THREE UNIVERSITY PLAZA<br>HACKENSACK, NEW JERSEY 07601 |
| **Raymond R. Wiss***<br>*Certified Civil Trial Attorney* | PHONE NO. (201) 488-1030<br>FAX NO. (201) 488-7313 |
| **Thomas K. Bouregy, Jr.**<br>----------<br>**Melissa J. Kanbayashi*** | **NEW YORK OFFICE**<br>30 NORTH WILLIAM STREET<br>PEARL RIVER, NEW YORK 10965<br>PHONE NO. (845) 735-1415 |
| *\*Also Member New York Bar* | E-MAIL. WISSBOUREGY@WISS-LAW.COM |

January 8, 2007

**VIA ELECTRONIC FILING**
Hon. Ronald J. Hedges, U.S.M.J.
U.S. District Court
M.L. King Jr. Federal Bldg. and
Courthouse
50 Walnut Street, Room 2060
Newark, New Jersey 07102

   Re: **Citro v. White Beeches Golf & Country Club, et al.**
        **Case No.: 05-1792 (JAG)**

Dear Judge Hedges:

    As you may already be aware, this office represents Defendant, Borough of Oradell, in the above referenced proceedings. This letter will serve to confirm your conversation of today's date with my associate, Melissa Kanbayashi, with regard to the form of order submitted by Plaintiff ordering all defendants to participate in an in-person settlement conference on January 31, 2007. This shall confirm to all parties that you have advised this office that Defendant Borough of Oradell's attendance at the aforementioned settlement conference is not required.

                              Respectfully,

                              s/ Raymond R. Wiss (RRW6892)

cc:   Lydia B. Cotz, Esq.
       David J. Pack, Esq.
       James Scott Murphy, Esq.
       Peter J. Scandariato, Esq.
       Thomas Hanrahan, Esq.