UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

---

**DEBRA CITRO,**

                         **Plaintiff,**

v.                                               CASE NO.: 05-1792 (PGS)

**WHITE BEECHES GOLF &
COUNTRY CLUB, a New Jersey not-
for-profit Corporation; PATRICK
PAOLELLA; FRED PIERONI;
CHARLES ALBERTA; E. CARTER
CORRISTON; CARMINE IDONE;
GARY VASSALLO; ROBERT
SILVESTRI; NELSON MAIONE;
JAMES FLYNN; C. JOHN MILIOTIS;
EDWARD COMEAU; GUS DOVI;
ERIC LANGSLET; DILIO
DiPASQUALE; RONALD BOZZO;
and the BOROUGH OF HAWORTH,
A New Jersey Municipal Corporation,**

                         **Defendants.**

---

      The within matter having been amicably resolved between Plaintiff and the White Beeches Defendants; and the other Defendants having expressed no opposition to Plaintiff's pending motion to dismiss the First Count of the Complaint with prejudice, and to withdraw the other Counts without prejudice; it is on this 17 day of January, 2007 ORDERED

      1.     That Plaintiff's Complaint, as amended from time to time, is dismissed with prejudice as to the White Beeches Defendants, subject to the terms discussed in

confidence with USMJ Hedges, and execution and performance of a Settlement Agrement reflecting those terms to be prepared by counsel for these Defendants.

2. That the Court shall retain jurisdiction over this matter for the sole and limited purpose of enforcing the settlement between the settling parties.

3. That the First Count of Plaintiff's Complaint, as amended from time to time, is dismissed with prejudice and without costs as to all remaining parties.

4. That the remainder of Plaintiff's Complaint, as amended from time to time, is withdrawn without prejudice and without costs.

1/19/07

*Peter M Sheridan* (signature)

~~Ronald J. Hedges, USMJ~~

**Peter G. Sheridan**